# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JAY PARKER LUNT DRESSER, ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> ROBERT A. NORMS, ET AL., ) <br> ) <br> DEFENDANTS ) | CIVIL NO. 1:18-CV-426-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On January 2, 2019, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision on Plaintiff's Complaint. The time within which to file objections expired on January 16, 2019, and no objection has been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's Complaint is **DISMISSED**. I hereby place Jay Parker Lunt Dresser on **NOTICE** that filing restrictions "may be in the offing." Cok v. Family Court of Rhode Island, 985 F.2d 32, 35 (1st Cir. 1993). This represents the "cautionary order" of which Cok speaks. Id. Groundless and inappropriate filings will not be tolerated.

SO ORDERED.

DATED THIS 23RD DAY OF JANUARY, 2019

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**